UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>        Plaintiff            )<br>                              )<br>  vs.                         )<br>                              )<br>  Aldo Santiago Cerda         )<br>                              )<br>        Defendant(s)          )<br>_____) | CRIMINAL NO. __08mj1021__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. __08047298__ |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Guadalupe Ortiz-Gonzalez

DATED: __4-17-08__

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                  DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
      Deputy Clerk